IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DESMOND WITHERSPOON**     **PLAINTIFF**

**V.**     **CIVIL ACTION NO.: 4:16CV105-SA-RP**

**WARDEN TIMOTHY MORRIS, ET AL.**     **DEFENDANTS**

## FINAL JUDGMENT

This action having come on for trial before the Court and a jury, and the issues having been duly tried and the jury having duly rendered its verdict,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff, Desmond Witherspoon, have and recover nothing from the Defendants, Timothy Morris and Tony Foster. Further, said Defendants are hereby fully and finally discharged, and this cause is dismissed with prejudice as to each Defendant.

**THIS** the 24th day of October, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE